# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Helen Popich Harris                     Julie Koren Vaughn Felder
Attorney at Law                         Attorney at Law
321 W. Main St., Suite 2-D              P. O. Box 80399
Lafayette LA 70501                      Lafayette LA 70598


**REHEARING ACTION: November 12, 2009**


**Docket Number: 09   00300-CA**

**SUSAN ELIZABETH JACKSON PICCIONE**
**VERSUS**
**RICHARD JAMES PICCIONE**

**Appealed from Lafayette Parish Case No. C-993217**


**BEFORE JUDGES:**

> **Hon. Michael G. Sullivan**
> **Hon. Elizabeth A. Pickett**
> **Hon. Billy Howard Ezell**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Susan Elizabeth Jackson Piccione** has this day been

> **DENIED.**


cc: Susan Lorna Theall, Counsel for the Appellant